IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jerry Lee Overby and Mary Jane Lee Overby<br>　　　Debtors, | BANKRUPTCY CASE NUMBER<br>19-03565/HWV |
| JPMorgan Chase Bank, N.A. as servicer for U.S. Bank N.A., as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank N.A., as Trustee for Bear Stearns Mortgage Funding Trust 2007-SL1, Mortgage Backed-Certificates, Series 2007-SL1<br>　　　Movant.<br>v.<br>Jerry Lee Overby and Mary Jane Lee Overby<br>　　　Debtors/Respondents,<br><br>Lawrence V. Young, Trustee<br>　　　Additional Respondent. | CHAPTER 7<br><br>11 U.S.C. § 362 |

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on October 25, 2019, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: October 31, 2019　　　　　　　　　　BY:/s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　(610) 278-6800/ fax (847) 954-4809
S&D File #:19-063824　　　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　　pabk@logs.com