```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-03565-HWV
Jerry Lee Overby                                                          Chapter 7
Mary Jane Lee Overby
         Debtors                           **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: admin            Page 1 of 1            Date Rcvd: Nov 29, 2019
                              Form ID: 318           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2019.
```
db              #+Jerry Lee Overby,    520 Lakeview Drive,    Spring Grove, PA 17362-8448
jdb              +Mary Jane Lee Overby,    520 Lakeview Drive,    Spring Grove, PA 17362-8448
5237715         +Chase,    Mail Code OH4-7399,    PO Box 182613,    Columbus, OH 43218-2613
5237716          Chase,    P.O. Box 78420,    Phoenix, AZ 85062-8420
5237719          Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
5237720         +Members 1st F.C.U.,    5000 Louise Drive,    P.O. Box 2104,    Mechanicsburg, PA 17055-2104
5237721         +Mr. Cooper,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
5237722          Mr. Cooper,    P.O. Box 650783,    Dallas, TX 75265-0783
5237724         +Roy Ressler & Son, Inc,    27 West Main Street,    P.O. Box 515,    Mountville, PA 17554-0515
5237726         +The York Water Company,    130 East Market Street,    Box 15089,    York, PA 17401-1219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               +EDI: PRA.COM Nov 29 2019 23:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
5237717           EDI: CITICORP.COM Nov 29 2019 23:38:00      Citi Cards,    P.O. Box 70166,
                  Philadelphia, PA 19176-0166
5237718           EDI: WFNNB.COM Nov 29 2019 23:38:00      Comenity - Boscov's,    P.O. Box 659622,
                  San Antonio, TX 78265-9622
5262216          +EDI: CHASE.COM Nov 29 2019 23:38:00      JPMorgan Chase Bank, National Association as servi,
                  7255 Baymeadows Way,    Jacksonville, FL 32256-6851
5237723          +EDI: AGFINANCE.COM Nov 29 2019 23:38:00      One Main Financial,    1000 Carlisle Street,
                  Suite 1300,    Hanover, PA 17331-1111
5237725           EDI: RMSC.COM Nov 29 2019 23:38:00      SYNCB/Care Credit,    P.O. Box 960061,
                  Orlando, FL 32896-0061
5238133          +EDI: RMSC.COM Nov 29 2019 23:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK N.A. pa-bk@logs.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Thomas E. Miller    on behalf of Debtor 2 Mary Jane Lee Overby staff@tommillerlawoffice.com
              Thomas E. Miller    on behalf of Debtor 1 Jerry Lee Overby staff@tommillerlawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jerry Lee Overby** | Social Security number or ITIN xxx–xx–6206 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | **Mary Jane Lee Overby** | Social Security number or ITIN xxx–xx–9867 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:19–bk–03565–HWV** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jerry Lee Overby                                Mary Jane Lee Overby

**By the court:**  /s/ Henry W. Van Eck

11/29/19

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**